433 A.2d 543

## Commonwealth v. Montgomery, Appellant.

Petition for Allowance of Appeal Denied July 24, 1981.

576

 Sub-
mitted November 14, 1980. David G. Metinko, for appellant;
Robert L. Eberhardt, Deputy District Attorney, for Com-
monwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence is affirmed.